### Vincent J. MESOLELLA

v.

### CITY OF PROVIDENCE et al.

### No. 79–323–A.

Supreme Court of Rhode Island.

Jan. 4, 1980.

Marcaccio & Marcaccio, Thomas L. Marcaccio, Jr., Providence, for plaintiff.

Gerald G. Norigian, Frank Mastrati, Jr., Asst. City Sols., for defendants.

### ORDER

The plaintiff's motion to affirm the judgment of the Superior Court pursuant to Rule 16(g) is denied.

DORIS, J., did not participate.